# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GILL ACEVEDO, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:23-cv-00590-SAB <br><br> ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER <br><br> (ECF Nos. 5, 13, 14) |

On August 25, 2023, the parties submitted a stipulated request to extend the time for Plaintiff to file the motion for summary judgment, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 14.) The parties seek a 30-day extension of time to file the motion for summary judgment, from August 31, 2023 to October 2, 2023. This is the parties' second request for an extension of Plaintiff's brief filing deadline. Counsel proffers she requires the extension due to unexpected travel and assistance to an elderly parent requiring the rescheduling of multiple deadlines. The Court is satisfied that good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 14) is GRANTED;

2. Plaintiff shall have until **October 2, 2023**, to file the motion for summary judgment;

and

3. All remaining deadlines as set forth in the scheduling order, as amended (ECF No. 5, 13), shall be modified accordingly.

IT IS SO ORDERED.

Dated: __August 28, 2023__

UNITED STATES MAGISTRATE JUDGE

2