# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GILL ACEVEDO, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:23-cv-00590-SAB <br><br> ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER <br><br> (ECF No. 16) |

On September 26, 2023, the parties submitted a stipulated motion for a third extension of time for Plaintiff to file the motion for summary judgment. (ECF No. 16.) Plaintiff now seeks an extension of twenty-one (21) days from October 2, 2023 to October 23, 2023. The Court finds good cause based on counsel's unexpected required travel and assistance to an elderly parent that required the rescheduling of multiple deadlines.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 16) is GRANTED;

2. Plaintiff shall have until **October 23, 2023**, to file the motion for summary judgment; and

/ / /

/ / /

1

3. All remaining deadlines as set forth in the scheduling order, as amended (ECF Nos. 5, 13, 15), shall be modified accordingly.

IT IS SO ORDERED.

Dated: **September 27, 2023**

UNITED STATES MAGISTRATE JUDGE